

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00424-CV

JERMAINE WATTS, Appellant

V.

LISA ADVIENTO, Appellee

§    On Appeal from the 325th District Court

§    of Tarrant County (325-627998-17)

§    March 28, 2019

§    Per Curiam

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's order. It is ordered that the trial court's order is affirmed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM